**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 175 MAL 2019

           Respondent          :

                                       :   Petition for Allowance of Appeal from

                                       :   the Order of the Superior Court

           v.                    :

                                         :

RYLAND M. JONES,                 :

                                         :

              Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 22nd day of July, 2019, the Petition for Allowance of Appeal is

**DENIED**.